581 S.E.2d 904

**George Halcott NORMAN, III, Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

Court of Appeals of Virginia.

June 17, 2003.

Before FITZPATRICK, C.J., and BENTON, ELDER, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS, FELTON and KELSEY, JJ.

On May 20, 2003 came George Halcott Norman, III, by court-appointed counsel, and filed a petition praying that the Court set aside the judgment rendered herein on May 6, 2003, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on May 6, 2003, is stayed pending the decision of the Court *en banc*, and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellant shall file with the clerk of this Court twelve additional copies of the appendix previously filed in this case.